UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONALD HANNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0862 |
| ) | Judge Haynes/Bryant |
| WASTE MANAGEMENT, INC. OF ) | |
| TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, November 29, 2010,** at **11:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to November 29, 2010.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge